■ DOROTHY C. JONES, Respondent, v. LOUIS LA DELFA et al., Defendants, and MILLER FORD, INC., Appellant.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Monroe Special Term denying

motion by Miller Ford, Inc., for final order of preclusion.) Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.